**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

FELIPE RAMIREZ-FERRER

    Petitioner

    V.

UNITED STATES OF AMERICA

    Respondent.

Civ. No. 05-1347(PG)
(Re: Crim No. 93-113(PG))

**ORDER**

On May 3, 2005, Magistrate Judge Aida M. Delgado-Colon issued a Report and Recommendation ("R&R") denying petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to Section 2255 **(Docket No. 4.)** The Objections to the R&R were due on May 17, 2005.

On May 20, 2005, upon reviewing the R&R--to which no objections were filed--the Court approved and adopted the Magistrate Judge's recommendation and denied petitioner's motion. **(Docket No. 7.)** On that date, judgment was entered dismissing the case with prejudice. **(Docket No. 8.)**

On June 2, 2005, petitioner filed a Motion for Reconsideration stating that he had not received copy of the R&R and that it might have been because he had been transferred from FCC Coleman to FCI Miami. **(Docket No. 9.)**

On June 14, 2005, in light of petitioner's claim, the Court granted his motion and vacated the judgment. The Clerk was ordered to send copy of the R&R to petitioner at his new address and he was afforded ten days upon receipt of the R&R to file his objections. The following day copy of both the Magistrate Judge's R&R and the Order granting petitioner's reconsideration request where sent to him. To date, petitioner has failed to file his objections to the Magistrate Judge's R&R.

Having once again reviewed the record, and in view of petitioner's inaction, the Court hereby reinstates its previous order adopting the Magistrate Judge's R&R and denying petitioner's 2255 motion. **(Docket No. 7.)** Judgment shall be entered accordingly.

    IT IS SO ORDERED.
    In San Juan, Puerto Rico, January 11, 2006.

                                              S/JUAN M. PEREZ-GIMENEZ
                                              U.S. District Judge